STATE OF LOUISIANA                                    NO. 22-K-495

VERSUS                                                FIFTH CIRCUIT

HOMER FIGUEROA                                        COURT OF APPEAL

                                                      STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court

                          October 17, 2022

                            Linda Wiseman
                            First Deputy Clerk

**IN RE** STATE OF LOUISIANA

---

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT,
PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE E. ADRIAN ADAMS,
DIVISION "G", NUMBER 21-1133

---

Panel composed of Judges Fredericka Homberg Wicker,
Robert A. Chaisson, and John J. Molaison, Jr.

**WRIT GRANTED**

In this writ application, the State seeks supervisory review and expedited

consideration of the trial court's denial of the State's Notice to Introduce Res Gestae

Evidence and its Motion in Limine to Protect the Anonymity of the Confidential

Informant. The trial court denied the State's Notice and its Motion in Limine as

untimely.

La. C.Cr.P. art 720 provides:

> Upon written motion of defendant, the court shall order the
> district attorney to inform the defendant of the state's intent to offer
> evidence of the commission of any other crime admissible under the
> authority of Code of Evidence Articles 404 and 412.2. However, that
> order shall not require the district attorney to inform the defendant of
> the state's intent to offer evidence of offenses which relates to conduct
> that constitutes an integral part of the act or transaction that is the
> subject of the present proceeding or other crimes for which the accused
> was previously convicted.

Pursuant to La. C.Cr.P. art. 720, "the State is not required to provide the

defendant with notice before introducing res gestae evidence." *State v. Richardson*,

13-886 (La. App. 5 Cir. 5/28/14), 142 So. 3d 314, 325. Likewise, there is no notice requirement for the filing of a motion in limine to protect the identity of a confidential informant. Therefore, on the showing made, we grant the writ as to the issue of timeliness. Furthermore, in that the trial court did not rule upon the merits of either of the State's motions, we decline to address the merits on supervisory review as those matters are premature at this time.

Gretna, Louisiana, this 17th day of October, 2022.

**FHW**
**RAC**
**JJM**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
INTERIM CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **10/17/2022** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**22-K-495**

CURTIS B. PURSELL
CLERK OF COURT

**E-NOTIFIED**

24th Judicial District Court (Clerk)
Honorable E. Adrian Adams (DISTRICT JUDGE)
Darren A. Allemand (Relator)                Thomas J. Butler (Relator)

**MAILED**

James A. Williams (Respondent)
Attorney at Law
706 Derbigny Street
Gretna, LA 70053

Honorable Paul D. Connick, Jr. (Relator)
District Attorney
Twenty-Fourth Judicial District
200 Derbigny Street
Gretna, LA 70053



**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**1. Article Addressed to:**

James A. Williams
Attorney at Law
706 Derbigny Street
Gretna, LA 70053
22-K-495          10-17-22

SECURITY

9590 9402 2434 6249 3648 78

**2. Article Number** *(Transfer from service label)*

7016 2070 0000 0954 7042

*COMPLETE THIS SECTION ON DELIVERY*

**A. Signature**

X Cindy Moral   ☐ Agent   ☐ Addressee

**B. Received by** *(Printed Name)*   **C. Date of Delivery**

**D. Is delivery address different from Item 1?** ☐ Yes
If YES, enter delivery address below: ☐ No

**3. Service Type**
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Mail
- ☐ Mail Restricted Delivery

- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☑ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt